# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| STEVEN DENMON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 5:07-cv-304(HL) |
| | : |
| DR. BARBARA DALRYMPLE, et al., | : |
| | : |
| Defendants. | : |

## ORDER

This matter is before the Court on a Recommendation entered February 19, 2009 (Doc. 46).  Plaintiff, Steven Denmon has not filed objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1)(C).[1]  The Court, having given due consideration to the Recommendation, finds no error in the Magistrate Judge's conclusion that Denmon has failed to show that there are genuine issues of material fact with respect to the Defendants' handling of his medical condition.  Therefore, the Court accepts the Magistrate Judge's Recommendation.  Defendants' Motion for Summary Judgment (Doc. 32) is granted.

**SO ORDERED**, this the 24th day of March, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**

mls

---

[1] Denmon's copy of the Recommendation was originally sent to the wrong address. When the service copy was returned as undeliverable, the docket clerk sent a new copy to Denmon at the most current address on record for him.  The new copy was mailed February 26, 2009.  Thus, Denmon has had sufficient time in which to file objections.